```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
SAIM SARWAR, *Individually*,

                              **Plaintiff,**

                -against-                         20-cv-10526 (ALC)

HUNG FAR REALTY LLC, *A New York Corporation*,                ORDER

                             **Defendant.**
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      Plaintiff filed their Complaint on December 14, 2020. ECF No. 1. On December 17, 2020, the Court issued an Order to Show Cause why this case should not be dismissed or transferred to the Eastern District of New York pursuant to 28 U.S.C. § 1406(a). Plaintiff served the Order to Show Cause on Defendant on December 17, 2020. ECF No. 6-1. That same day, Plaintiff responded to the Order to Show Cause and filed a motion to transfer venue to the Eastern District of New York. ECF Nos. 5-6. To date, Defendant has not responded to this Court's Order to Show Cause or Plaintiff's motion to transfer venue.

      Accordingly, it is hereby ORDERED, that the case is transferred to the Eastern District of New York.

**SO ORDERED.**

Dated:  **January 8, 2021**
             **New York, New York**

                                                            **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**